UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>     Plaintiff,<br><br>  vs.<br><br>BLACK JACKAL DESIGNS LIMITED dba DOGSTONE LONDON; and DOES 1-10, inclusive,<br><br>     Defendants. | CASE NO. 2:14-CV-06800-JAK (PLAx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**JS-6** |

  **WHEREAS, Plaintiff Chrome Hearts LLC** ("Chrome Hearts") has filed a Complaint in this action charging **Defendant Black Jackal Designs Limited dba Dogstone London** ("Dogstone) with Trademark Infringement, False Designations of Origin, Unfair Competition under federal, state, and common law arising from Dogstone's manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of products bearing a mark that Chrome Hearts alleges to be substantially indistinguishable/nearly identical to one or more of the Chrome Hearts Marks; and

  **WHEREAS**, Chrome Hearts is the owner of the word mark "CHROME HEARTS" and various composite trademarks comprising said mark and assorted

design components, including those shown below (hereinafter collectively the "Chrome Hearts Marks"); and

| Mark | U.S. Registration No(s). | Goods/Services |
|---|---|---|
| CH Plus Mark | 3,385,449 | Jewelry, namely, bracelets, rings, watch bands, necklaces and lighters made of precious metals |
| | 3,365,408 | Retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen and toys. |
| CH Cross Mark | 3,605,860 | Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals |

**WHEREAS**, the parties herein have simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS**, the parties hereto desiring to fully settle all the claims in this action among the parties to this Final Judgment; and

**WHEREAS**, Dogstone has agreed to consent to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1.  This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2.  Dogstone and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from:

    (a)  Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing any products that

bear the Chrome Hearts Marks, and/or marks/designs identical, substantially indistinguishable, and/or confusingly similar thereto in the United States and worldwide;

  (b) Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner any products that bear the Chrome Hearts Marks, and/or any marks/designs identical, substantially indistinguishable, and/or confusingly similar thereto in the United States and worldwide, except as otherwise provided in the parties' confidential written Settlement Agreement;

  (c) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 2(a) to 2(c) above.

 3. Chrome Hearts and Dogstone shall bear their own costs and attorneys' fees associated with this action.

 4. The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Chrome Hearts expressly reserves.

 5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Consent Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

**IT IS SO ORDERED.**

DATED: March 26, 2015

_____
Hon. John A. Kronstadt
**United States District Judge**